UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| GREG AUSTIN AND JILL HENDERSON | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:20-cv-00758-DRL-MGG |
| | ) | |
| v. | ) | |
| | ) | |
| TRANSFORM HOLDCO LLC d/b/a Sears | ) | Removed from St. Joseph Superior Court |
| | ) | Cause No. 71D07-2007-PL-000238 |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiffs Greg Austin and Jill Henderson and Defendant Transform Holdco LLC, d/b/a Sears, by counsel, submit their Joint Stipulation of Dismissal, with Prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The parties respectfully request this Court dismiss the above-captioned action, with prejudice, and with each party to bear their own fees and costs.

WHEREFORE, the parties, respectfully seek an order dismissing this matter with prejudice.

Respectfully submitted,

*/s/ Richard J. LaSalvia*
Richard J. LaSalvia
Richard J. LaSalvia, P.C.
105 E. Jefferson Blvd., Suite 220
South Bend, Indiana 46601
richard_lasalvia@sbcglobal.net

*Attorney for Plaintiffs*

*/s/ Dorothy D. McDermott*
Dorothy D. McDermott (24266-49)
Michael C. Mohler (34703-49)
Jackson Lewis P.C.
211 N. Pennsylvania Street, Suite 1700
Indianapolis, Indiana 46204
(317) 489-6930
(317) 489-6931 (facsimile)
dorothy.mcdermott@jacksonlewis.com
michael.mohler@jacksonlewis.com

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 30th day of October, 2020, I filed the foregoing electronically with the Clerk of the Court.  Notice of this filing will be sent to the following by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Richard J. LaSalvia<br>
105 E. Jefferson Blvd., Suite 220<br>
South Bend, Indiana 46601

                        */s/ Dorothy D. McDermott*
                        Dorothy D. McDermott

4836-0132-1168, v. 1